IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

THE ESTATE OF ALBERT STARKS, et al.,

    Plaintiffs,

v.                                    No. 11-2474

DYER COUNTY, TENNESSEE, et al.,

    Defendants.

_____

ORDER
_____

    Pursuant to an order of reference, the magistrate judge, on December 13, 2012, entered a report and recommendation recommending that the motion of Defendant Ralph Lawson for sanctions be denied. (D.E. 66.) To date, no objection to the report and recommendation has been filed and the time for such objection has expired. *See* Fed. R. Civ. P. 72(b) (objections to the magistrate judge's recommendation are to be filed and served within fourteen days after service of a copy of the recommended disposition). Upon review of the report and motion papers, the report and recommendation is hereby ADOPTED in its entirety.

    IT IS SO ORDERED this 4th day of January 2013.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE